IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:09-cv-172-DF |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | § § | |
| Defendant. | § | |

### ORDER REGARDING UNOPPOSED MOTION TO STAY

Before this Court is the Unopposed Motion By Plaintiff Parallel Networks, LLC, For A Stay Of This ActionAnd To Cancel The Scheduling Conference Set For December 8, 2010. Having considered the unopposed motion, the Court hereby ORDERS that this case is stayed pending the completion of all appeal and remand proceedings (including any proceedings before the Supreme Court of the United States) of *Oracle Corp. and Oracle USA Inc. v. Parallel Networks, LLC*, Civ. No. 06-414-SLR. The status conference currently set for December 8, 2010, is cancelled.

**SIGNED this 24th day of November, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE