IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:09-cv-172-DF |
| v. | § § | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | § § | |
| Defendant. | § | |

## ORDER GRANTING THE UNOPPOSED MOTION
## TO CONTINUE THE STAY OF THIS ACTION

Before this Court is Plaintiff's Unopposed Motion to Continue the Stay of this Action ("the Motion"). Having considered the Motion, the Court hereby ORDERS that the stay in this case is continued to February 15, 2012, and Plaintiff will report to the Court the status of the discussions and the status of the reexaminations on or before February 15, 2012.

SO ORDERED.

SIGNED this 13th day of December, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

1